UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

HIMELDA MENDEZ AND ON BEHALF OF
ALL OTHER PERSONS SIMILARLY
SITUATED,

         Plaintiff,

  -against-

TIM HORTONS USA INC.,

         Defendant.

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 02/21/2020

19-CV-9863 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

  WHEREAS on February 21, 2020, the parties appeared for an initial pretrial conference;

  WHEREAS Plaintiff intends to amend her complaint;

  WHEREAS Defendant intends to move to dismiss the operative complaint; and

  WHEREAS the parties agreed that discovery should be stayed pending resolution of the forthcoming motion;

  IT IS HEREBY ORDERED THAT Plaintiff must amend her complaint no later than **February 28, 2020**.  Defendant's motion to dismiss is due on or before **March 6, 2020**; Plaintiff's response is due on or before **March 27, 2020**; and Defendant's reply is due on or before **April 10, 2020**.  All discovery is STAYED pending further order.

**SO ORDERED.**

Date: February 21, 2020
   New York, New York

             _____
             **VALERIE CAPRONI**
             **United States District Judge**