UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

HIMELDA MENDEZ AND ON BEHALF OF    :
ALL OTHER PERSONS SIMILARLY            :
SITUATED,                                             :
                                                            :
                                Plaintiff,           :          19-CV-9863 (VEC)
                                                            :
          -against-                                  :          ORDER
                                                            :
                                                            :
TIM HORTONS USA INC.,                       :
                                                            :
                                Defendant.       :
------------------------------------------------------------X

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____             │
│ DATE FILED:  07/20/2020          │
└─────────────────────────────────┘
```

VALERIE CAPRONI, United States District Judge:

        WHEREAS a motion to dismiss is currently pending in this action;

        WHEREAS the United States Court of Appeals for the Second Circuit has ordered

expedited briefing in a consolidated appeal raising virtually identical issues, *see Mendez v.*

*AnnTaylor, Inc.*, No. 20-1550 (2d. Cir.);

        WHEREAS the Court ordered the parties to show cause why this action should not be

stayed pending the Second Circuit's ruling; and

        WHEREAS no show-cause response has been received;

        IT IS HEREBY ORDERED THAT the Clerk of Court shall STAY this case and all

pending motions.


**SO ORDERED.**


Date:  July 20, 2020                                              **VALERIE CAPRONI**
         New York, New York                                   **United States District Judge**